IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL HOWARD, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 07 cv 559-MHT |
| ) | |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

_____

**JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES**

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 5], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

    **A.**    **Defendants remaining in the case:**

        1. Department of Forensic Sciences

        2. Michael F. Sparks, Director of Department of Forensic Sciences

        3. State Personnel Department

        4. Jackie Graham, Director of the State Personnel Department

    **B.**    **Attorneys in the case:**

        1. Russell W. Adams

        2. Rocco Calamusa, Jr.

        3. Brandy Lee Murphy

        4. Charles W. Reed, Jr.

        5. Jenifer Champ Wallis

        6. Alice Ann Byrne

**C.     Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Gail Howard | Russell W. Adams |
|  | Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| Department of Forensic Sciences | Brandy Lee Murphy |
|  | Charles W. Reed, Jr. |
|  | Jenifer Champ Wallis |
| Michael F. Sparks, Director | Brandy Lee Murphy |
|  | Charles W. Reed, Jr. |
|  | Jenifer Champ Wallis |

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties. The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period. The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 30th day of July, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　__/s/  Russell W. Adams_____
　　　　　　　　　　　　　　　　　　　　　　　　RUSSELL W. ADAMS (ASB 3760-A62R)
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204
(205) 314-0500

        __/s/ Alice Ann Byrne_____
        ALICE ANN BYRNE (BYR 015)
        Attorney for Defendants
        State of Alabama, Governor Fob James,
        State Personnel Department, and
        Jackie Graham, Director of State Personnel
        Department

Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, AL 36130
(334) 242-3451

        __/s/ Brandy Murphy Lee_____
        BRANDY MURPHY LEE (ASB 8735-E67B)
        CHARLES W. REED, JR. (ASB 4383-D51C)
        JENIFER CHAMP WALLIS (ASB 1993-R73W)
        Attorney for Defendants
        Department of Forensic Sciences
        and Michael E. Sparks, Director

Address of Counsel:
CAMPBELL GIDIERE LEE SINCLAIR & WILLIAMS, LLC
2100-A SouthBridge Parkway ~ Suite 450
Birmingham, AL 35209
(205) 803-0051