IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAIL HOWARD                         *
                                    *
        Plaintiff,                  *
                                    *
v.                                  *    Civil Action No.: 2: 07cv559-MHT
                                    *
DEPARTMENT OF FORENSIC              *
SCIENCES, et al.                    *
                                    *
        Defendant.                  *

## NOTICE OF DISMISSAL

COMES NOW, Plaintiff Gail Howard, and dismisses her claims in the above-styled cause

without prejudice pursuant to FRCP 41(a)(1)(i), as Ms. Howard left state service seven years ago,

no longer wishes to pursue this action, and the defendants have not yet filed an answer or a motion

for summary judgment.

Respectfully submitted,


 /s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiff


OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing Notice of Dismissal on counsel via e-mail, addressed, to the following:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130
AliceAnn.Byrne@personnel.alabama.gov

Brandy Murphy Lee
Charles W. Reed, Jr.
Jenifer Champ Wallis
State Personnel Department
Legal Division
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, AL 36130
blee@cgl-law.com
creed@cgl-law.com
jwallis@cgl-law.com

This 26th day of October, 2007.

/s/ Russell W. Adams_____
OF COUNSEL